**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES SECURITIES**<br>**AND EXCHANGE COMMISSION,** | §<br>§<br>§ | |
| **Plaintiff,** | §<br>§ | |
| **v.** | §<br>§ | |
| **THE HEARTLAND GROUP VENTURES, LLC;**<br>**HEARTLAND PRODUCTION AND RECOVERY**<br>**LLC; HEARTLAND PRODUCTION AND**<br>**RECOVERY FUND LLC; HEARTLAND**<br>**PRODUCTION AND RECOVERY FUND II LLC;**<br>**THE HEARTLAND GROUP FUND III, LLC;**<br>**HEARTLAND DRILLING FUND I, LP; CARSON**<br>**OIL FIELD DEVELOPMENT FUND II, LP;**<br>**ALTERNATIVE OFFICE SOLUTIONS, LLC;**<br>**ARCOOIL CORP.; BARRON PETROLEUM**<br>**LLC; JAMES IKEY; JOHN MURATORE;**<br>**THOMAS BRAD PEARSEY; MANJIT SINGH**<br>**(AKA ROGER) SAHOTA; and RUSTIN**<br>**BRUNSON,** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 4:21-cv-01310-O** |
| **Defendants,** | §<br>§<br>§ | |
| **and** | §<br>§ | |
| **DODSON PRAIRIE OIL & GAS LLC, et al.** | §<br>§ | |
| **Relief Defendants.** | §<br>§ | |
| _____ | § | |

## <u>ORDER</u>

Before the Court is the Receiver's Application to Employ BDO USA as Forensic Expert

and Investigative Consultant (ECF No. 65), filed December 23, 2021. The Court hereby **REFERS**

the application and briefing to United States Magistrate Judge Ray. Further pleadings concerning

this application shall be filed with a transmittal letter addressed to Magistrate Judge Ray.

**SO ORDERED** on this **23rd day** of **December, 2021.**


Reed O'Connor
**UNITED STATES DISTRICT JUDGE**