# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| THE HEARTLAND GROUP VENTURES, LLC; HEARTLAND PRODUCTION AND RECOVERY LLC; HEARTLAND PRODUCTION AND RECOVERY FUND LLC; HEARTLAND PRODUCTION AND RECOVERY FUND II LLC; THE HEARTLAND GROUP FUND III, LLC; HEARTLAND DRILLING FUND I, LP; CARSON OIL FIELD DEVELOPMENT FUND II, LP; ALTERNATIVE OFFICE SOLUTIONS, LLC; ARCOOIL CORP.; BARRON PETROLEUM LLC; JAMES IKEY; JOHN MURATORE; THOMAS BRAD PEARSEY; MANJIT SINGH (AKA ROGER) SAHOTA; and RUSTIN BRUNSON, | § § § § § § § § § § § § § § § § | No. 4:21-cv-01310-O |
| Defendants, | § § § | |
| and | § § | |
| DODSON PRAIRIE OIL & GAS LLC, et al. | § § | |
| Relief Defendants. | § § | |

## **ORDER**

Before the Court is Defendants' Motion to Terminate or Modify Asset Freeze and Receivership Orders (ECF No. 129), filed February 14, 2022; Receiver's Motion to Consummate Sales of Aircraft (ECF No. 131), filed February 15, 2022; and Receiver's Motion for Attorney's Fees (ECF No. 132), filed February 15, 2022. The Court hereby **REFERS** these motions and briefing to United States Magistrate Judge Ray. Further pleadings concerning this application shall be filed with a transmittal letter addressed to Magistrate Judge Ray.

**SO ORDERED** on this **18th day** of **February, 2022.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**