IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, § § § | |
| Plaintiff, § § | |
| v. § § | Civil Action No. 4:21-cv-01310-O |
| THE HEARTLAND GROUP VENTURES, LLC, *et al.*, § § § § | |
| Defendants. § | |

### ORDER

Before the Court is the Receiver's First Fee Application for Services Performed Between December 2, 2021 and December 31, 2021 (ECF No. 132) (the "Application").[1] United States District Judge Reed O'Connor referred the Application to the undersigned on February 18, 2022. ECF No. 140. The Application requests approval and authorization of fees and expenses incurred by Deborah D. Williamson, as Receiver; Dykema Gossett PLLC ("Dykema"); the Law Offices of Romero | Kozub ("Romero"); and Law Practice of Darrell R. Jones, PLLC ("Jones") during the Application Period.

Upon consideration of the Application, the Court finds that: (i) it has subject matter jurisdiction over the Application; (ii) it has personal jurisdiction over the Receivership Parties; (iii) the Receiver, Dykema, Romero, and Jones have provided reasonable services at reasonable rates that have benefitted the Receivership Estates during the Application Period; (iv) the relief requested in the Application is in the best interests of the Receivership Estates and all parties-in-interest; (v) proper and adequate notice of the Application has been given and that no other or

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed in the Application.

further notice is necessary; and (vi) the deadline for filing objections to the Application has expired and no objection to the Application was filed with this Court.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Application is **APPROVED** to the extent set forth in this order.

2. The Receiver's fees incurred during the Application Period are approved on an interim basis and allowed in the amount of **$87,446.25**.

3. Dykema's fees incurred during the Application Period are approved on an interim basis and allowed in the amount of **$231,227.71**.

4. Romero's fees incurred during the Application Period are approved on an interim basis and allowed in the amount of **$1,572.50**.

5. Jones's fees incurred during the Application Period are approved on an interim basis and allowed in the amount of **$9,717.50**.

6. The Receiver's out-of-pocket expenses incurred during the Application Period in connection with this Case are approved on an interim basis and allowed in the amount of **$1,374.72**.

7. Dykema's out-of-pocket expenses incurred during the Application Period in connection with services rendered on behalf of the Receiver are approved on an interim basis and allowed in the amount of **$20,120.15**.

8. The Receiver is hereby authorized to pay all outstanding fee and expense amounts approved in this order for the Application Period to Dykema (inclusive of the Receiver), Romero, and Jones from the available funds of the Receivership Estates.

It is so **ORDERED** on March 18, 2022.

                                                                                _____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE