IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>THE HEARTLAND GROUP VENTURES, LLC, *et al.*,<br><br>    Defendants. | Civil Action No. 4:21-cv-01310-O |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Motion to Terminate or Modify Asset Freeze and Receivership Orders (ECF No. 129) is **DENIED**.

**SO ORDERED** on this **13th day** of **May, 2022**

                                                                                                  _____
                                                                                                  Reed O'Connor
                                                                  UNITED STATES DISTRICT JUDGE