IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, § § § § Plaintiff, § § v. § § THE HEARTLAND GROUP VENTURES, LLC; § HEARTLAND PRODUCTION AND RECOVERY § LLC; HEARTLAND PRODUCTION AND § RECOVERY FUND LLC; HEARTLAND § PRODUCTION AND RECOVERY FUND II LLC; § THE HEARTLAND GROUP FUND III, LLC; § HEARTLAND DRILLING FUND I, LP; CARSON § OIL FIELD DEVELOPMENT FUND II, LP; § ALTERNATIVE OFFICE SOLUTIONS, LLC; § ARCOOIL CORP.; BARRON PETROLEUM § LLC; JAMES IKEY; JOHN MURATORE; § THOMAS BRAD PEARSEY; MANJIT SINGH § (AKA ROGER) SAHOTA; and RUSTIN § BRUNSON, § § Defendants, § § § and § § DODSON PRAIRIE OIL & GAS LLC; PANTHER § CITY ENERGY LLC; MURATORE FINANCIAL § SERVICES, INC.; BRIDY IKEY; ENCYPHER § BASTION, LLC; IGROUP ENTERPRISES LLC; § HARPRIT SAHOTA; MONROSE SAHOTA; § SUNNY SAHOTA; BARRON ENERGY § CORPORATION; DALLAS RESOURCES INC.; § LEADING EDGE ENERGY, LLC; SAHOTA § CAPITAL LLC; and 1178137 B.C. LTD., § § Relief Defendants. § § § | No. 4-21CV-1310-O-BP |

**NOTICE OF HEARING AND SERVICE OF COURT ORDER RESETTING HEARING ON RECEIVER'S MOTION TO CONFIRM RECEIVER HAS NO RIGHT, OBLIGATION, OR INTEREST TO OPERATE THE PALO PINTO PIPELINE, OR, IN THE ALTERNATIVE, TO ABANDON ANY INTEREST IN THE PALO PINTO PIPELINE [ECF NO. 288] AND RECEIVER'S APPLICATION TO EMPLOY BANKRUPTCY MANAGEMENT SOLUTIONS INC. D/B/A STRETTO AS CLAIMS AND DISBURSEMENT AGENT [ECF NO. 302]**

**PLEASE TAKE NOTICE OF THE FOLLOWING MATTER:**

Deborah D. Williamson, in her capacity as the Court-appointed Receiver (the "Receiver") for the Receivership Parties (as defined in the Receivership Order) and the receivership estates (collectively, the "Receivership Estates") in the above-captioned case (the "Case"), hereby files this *Notice of Hearing and Service of Court Order Resetting Hearing on Receiver's Motion To Confirm Receiver Has No Right, Obligation, Or Interest To Operate The Palo Pinto Pipeline, Or, In The Alternative, To Abandon Any Interest In The Palo Pinto Pipeline [ECF No. 288] and Receiver's Application To Employ Bankruptcy Management Solutions Inc. D/B/A Stretto As Claims And Disbursement Agent [ECF No. 302]* (the "Notice"), which is filed as a result of this Court's January 30, 2023 *Order* [ECF No. 309] (the "Order"). The Order reset the January 31, 2023 hearing to **Thursday, February 9, 2023, at 1:30 p.m. Central** and requires the Receiver to serve a copy of the Order on "all unrepresented parties and interested persons". The Receiver files this Notice in compliance with the Order. Attached to this Notice as **Exhibit A** is a copy of the Order.

Dated: January 30, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: */s/ Danielle N. Rushing*
　　　　　　　　　　　　　　　　　　　　　　　Danielle N. Rushing
　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 24086961
　　　　　　　　　　　　　　　　　　　　　　　drushing@dykema.com
　　　　　　　　　　　　　　　　　　　　　　　**DYKEMA GOSSETT PLLC**
　　　　　　　　　　　　　　　　　　　　　　　112 East Pecan Street, Suite 1800
　　　　　　　　　　　　　　　　　　　　　　　San Antonio, Texas 78205
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (210) 554-5500
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (210) 226-8395

　　　　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　　　　Rose L. Romero
　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 17224700
　　　　　　　　　　　　　　　　　　　　　　　Rose.Romero@RomeroKozub.com
　　　　　　　　　　　　　　　　　　　　　　　**LAW OFFICES OF ROMERO | KOZUB**
　　　　　　　　　　　　　　　　　　　　　　　235 N.E. Loop 820, Suite 310
　　　　　　　　　　　　　　　　　　　　　　　Hurst, Texas 76053
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (682) 267-1351

　　　　　　　　　　　　　　　　　　　　　　　**COUNSEL TO RECEIVER**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2023, the foregoing document was served via CM/ECF on all parties appearing in this case and on the following unrepresented parties on this Court's docket and interested persons via email:

Mark A. Steinbach
mark.steinbach@oag.texas.gov

Fabiana Baum, Esq.
fbaum@pulf.com

James Ikey
james.ikeyrcg@gmail.com

Bridy Ikey
bridydikey@gmail.com

IGroup Enterprises LLC
c/o James Ikey
james.ikeyrcg@gmail.com

John Muratore
c/o Theodore Grannatt
McCarter & English, LLP
tgrannatt@mccarter.com

Muratore Financial Services, Inc.
c/o Theodore Grannatt
McCarter & English, LLP
tgrannatt@mccarter.com

Thomas Brad Pearsey
c/o Theodore Grannatt
McCarter & English, LLP
tgrannatt@mccarter.com

Manjit Singh (aka Roger) Sahota
Harprit Sahota
Monrose Sahota
rogersahota207@gmail.com

Sunny Sahota
sunnysanangelo@gmail.com

                                                  */s/ Danielle N. Rushing*
                                                  Danielle N. Rushing

## **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:21-cv-01310-O-BP |
| THE HEARTLAND GROUP VENTURES, LLC, *et al.*, | § § § § | |
| Defendants. | § | |

### ORDER

The Court **RESETS** the hearing on Movant John Rogers's Motion to Lift Stay (ECF No. 272), Receiver's Motion to Confirm Receiver has no Right, Obligation, or Interest to Operate the Palo Pinto Pipeline, or, in the Alternative, to Abandon Any Interest in the Palo Pinto Pipeline (ECF No. 288), and Receiver's Application to Employ Bankruptcy Management Solutions Inc. d/b/a Stretto as Claims and Disbursement Agent (ECF No. 302), to **February 9, 2023, at 1:30 p.m. in courtroom 501, Eldon B. Mahon United States Courthouse, 501 West 10th Street**, **Fort Worth**, **Texas**, **76102**.

The Receiver **SHALL** transmit a copy of this Order to all unrepresented parties and interested persons, including, but not limited to, Fabiana Baum, Esq., counsel for John Rogers, and Assistant Attorney General Mark A. Steinbach, counsel for the Railroad Commission of Texas. The Receiver thereafter **SHALL** file proof of such transmission.

It is so **ORDERED** on January 30, 2023.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE