**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES SECURITIES** | § | |
| **AND EXCHANGE COMMISSION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **THE HEARTLAND GROUP VENTURES, LLC;** | § | |
| **HEARTLAND PRODUCTION AND RECOVERY** | § | |
| **LLC; HEARTLAND PRODUCTION AND** | § | |
| **RECOVERY FUND LLC; HEARTLAND** | § | |
| **PRODUCTION AND RECOVERY FUND II LLC;** | § | |
| **THE HEARTLAND GROUP FUND III, LLC;** | § | |
| **HEARTLAND DRILLING FUND I, LP; CARSON** | § | |
| **OIL FIELD DEVELOPMENT FUND II, LP;** | § | |
| **ALTERNATIVE OFFICE SOLUTIONS, LLC;** | § | |
| **ARCOOIL CORP.; BARRON PETROLEUM** | § | |
| **LLC; JAMES IKEY; JOHN MURATORE;** | § | |
| **THOMAS BRAD PEARSEY; MANJIT SINGH** | § | **No. 4-21CV-1310-O-BP** |
| **(AKA ROGER) SAHOTA; and RUSTIN** | § | |
| **BRUNSON,** | § | |
| | § | |
| **Defendants,** | § | |
| | § | |
| | § | |
| **and** | § | |
| | § | |
| **DODSON PRAIRIE OIL & GAS LLC; PANTHER** | § | |
| **CITY ENERGY LLC; MURATORE FINANCIAL** | § | |
| **SERVICES, INC.; BRIDY IKEY; ENCYPHER** | § | |
| **BASTION, LLC; IGROUP ENTERPRISES LLC;** | § | |
| **HARPRIT SAHOTA; MONROSE SAHOTA;** | § | |
| **SUNNY SAHOTA; BARRON ENERGY** | § | |
| **CORPORATION; DALLAS RESOURCES INC.;** | § | |
| **LEADING EDGE ENERGY, LLC; SAHOTA** | § | |
| **CAPITAL LLC; and 1178137 B.C. LTD.,** | § | |
| | § | |
| **Relief Defendants.** | § | |
| | § | |
| | § | |

<u>**NOTICE OF FILING PUBLISHER'S AFFIDAVIT OF *JACKSBORO HERALD-GAZETTE***</u>

**PLEASE TAKE NOTICE OF THE FOLLOWING MATTER:**

Deborah D. Williamson, in her capacity as the Court-appointed Receiver (the "<u>Receiver</u>") for the Receivership Parties (as defined in the Receivership Order) and the receivership estates (collectively, the "<u>Receivership Estates</u>") in the above-captioned case (the "<u>Case</u>"), hereby files this *Notice of Filing Publisher's Affidavit of* Jacksboro Herald-Gazette (the "<u>Notice</u>").  Attached to this Notice as **<u>Exhibit A</u>** is a copy of the Publisher's Affidavit of *Jacksboro Herald-Gazette*.

Dated: January 31, 2023

Respectfully submitted,

By: *<u>/s/ Danielle Rushing Behrends</u>*
    Danielle Rushing Behrends
    State Bar No. 24086961
    dbehrends@dykema.com
    **DYKEMA GOSSETT PLLC**
    112 East Pecan Street, Suite 1800
    San Antonio, Texas 78205
    Telephone: (210) 554-5500
    Facsimile: (210) 226-8395

    and

    Rose L. Romero
    State Bar No. 17224700
    Rose.Romero@RomeroKozub.com
    **LAW OFFICES OF ROMERO|KOZUB**
    235 N.E. Loop 820, Suite 310
    Hurst, Texas 76053
    Telephone: (682) 267-1351

    **COUNSEL TO RECEIVER**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 31, 2023, the foregoing document was served via CM/ECF on all parties appearing in this case and on the following unrepresented parties on this Court's docket and interested person via email:

James Ikey
james.ikeyrcg@gmail.com

Bridy Ikey
bridydikey@gmail.com

IGroup Enterprises LLC
c/o James Ikey
james.ikeyrcg@gmail.com

John Muratore
c/o Theodore Grannatt
McCarter & English, LLP
tgrannatt@mccarter.com

Muratore Financial Services, Inc.
c/o Theodore Grannatt
McCarter & English, LLP
tgrannatt@mccarter.com

Thomas Brad Pearsey
c/o Theodore Grannatt
McCarter & English, LLP
tgrannatt@mccarter.com

Manjit Singh (aka Roger) Sahota
Harprit Sahota
Monrose Sahota
rogersahota207@gmail.com

Sunny Sahota
sunnysanangelo@gmail.com


*/s/ Danielle Rushing Behrends*
Danielle Rushing Behrends

**<u>EXHIBIT A</u>**

# Affidavit of Publication

STATE OF TEXAS

COUNTY OF JACK

Before me, the undersigned authority, on this day personally appeared

_____Kylie Bailey_____ , the _____Publisher_____ of the
(Name)                                                    (Title)

_____Jacksboro Herald-Gazette_____ , a newspaper having general circulation in
(Name of Newspaper)

_____Jack_____ County, Texas, who being by me duly sworn, deposes and

says that the foregoing attached notice was published in said newspaper on the following

date(s), to wit: August 17, 24, 31 & September 7, 2022



Signature

Subscribed and sworn to before me this the _____7_____ day of

September , 20 22 , to certify which witness my hand and seal of office.

_____
Notary Public in and for the State of Texas

NOTARY PUBLIC
STATE OF TEXAS

Krystin Diane Stell
My Commission Expires
02/22/2023
ID No. 131903993

## PUBLIC/LEGAL NOTICES

**NOTICE OF PROPOSED PUBLIC AUCTION OF CERTAIN OIL AND GAS ASSETS**

Deborah D. Williamson, the Court-appointed Receiver in TXND Case No. 4-21cv-1310-O-BP, has received court approval for an auction of certain oil and gas assets owned by the receivership estates

**AS IS – WHERE IS** through EnergyNet.com, LLC ("EnergyNet").

Jack and Young Counties – EnergyNet Lot # 95866 Palo Pinto County – EnergyNet Lot # 96641 Palo Pinto and Stephens Counties – EnergyNet Lot # 96657

Potential purchasers can review the above-referenced lots at https://www. energynet.com/page/ heartlandreceivership. Inquiries to EnergyNet can be directed to 1-877-351-4488 or energy@energynet.com.

**NOTICE TO ALL PERSONS HAVING CLAIMS AGAINST THE ESTATE OF RUTHIE MARIE BIVINS, DECEASED**

Notice is hereby given that original Letters Testamentary for the Estate of Ruthie Marie Bivins, Deceased, were issued on August 10, 2022, in Cause No. PR5770, pending in the County Court of Jack County, Texas, to Connie Bivins Ogle and Donna Lynn Bivins McDaniel. All persons having claims against this estate which is currently being administered are required to present them to the undersigned within the time and in the manner prescribed by law:

Reid Spiller, Esq.
Spiller & Spiller
P. O. Drawer 447
122 E. Belknap Street
Jacksboro, Texas 76458
Dated August 10, 2022.

SPILLER & SPILLER
By: /s/ Reid Spiller
Reid Spiller
Attorney for Representatives of the Estate

**NOTICE TO ALL PERSONS HAVING CLAIMS AGAINST THE ESTATE OF SANDRA LOU SHAWVER, DECEASED**

Notice is hereby given that original Letters Testamentary for the Estate of Sandra Lou Shawver, Deceased, were issued on April 14, 2022, in Cause No. PR5754, pending in the County Court of Jack County, Texas, to Ted Lewis. All persons having claims against this estate which is currently being administered are required to present them to the undersigned within the time and in the manner prescribed by law:

Mason Spiller, Esq.
Spiller & Spiller
P. O. Drawer 447
122 E. Belknap Street
Jacksboro, Texas 76458
Dated August 12, 2022.

SPILLER & SPILLER
By: /s/ Mason Spiller
Mason Spiller
Attorneys for Representative of the Estate

## Support these local businesses!

The advertisers you see in this publication are who make it possible for us to bring the news to you.

The *Jacksboro Herald-Gazette* appreciates their support and we encourage our readers to support them. These small businesses recognize the value of their customers and work hard to show you.

Supporting these local businesses supports your community and your community news source.

# Show & Sell

## To Place Your Ad:
### 940-567-2616
ads@jacksboronewspapers.com

**Run Your Show & Sell Ad\***
for as Little as **$14.95!**

*Show & Sell pricing not available for real property ads (homes, mobile homes, etc.). Up to 20 words, 50¢ per additional word. Only one item per ad.*

# Browse & Buy



## To Subscribe:
### 940-567-2616
circulation@grahamleader.com

**Get Free Unlimited Online Access**
With Your **Home Delivery Subscription!**

**Jacksboro Herald-Gazette Classifieds**
make it easy to connect with local buyers and sellers - in print and online!

### Jacksboro Herald-Gazette
# CLASSIFIEDS
WWW.JACKSBORONEWSPAPERS.COM • 940-567-2616

# ENTERTAINMENT
Midweek Edition

**OUT ON A LIMB** by Gary Kopervas


**AMBER WAVES** by Dave T. Phipps





**THE SPATS** by Jeff Pickering





**R.F.D.** by Mike Marland



## Even Exchange  by Donna Pettman

Each numbered row contains two clues and two 6-letter answers. The two answers differ from each other by only one letter, which has already been inserted. For example, if you exchange the A from MASTER for an I, you get MISTER. Do not change the order of the letters.

1. Nobleman — R —
2. Milk container — T —
3. Actress Field — A —
4. Eiffel Tower locale — I —
5. Actress Bacall — N —
6. Consume — V —
7. Large violin — O —
8. Thick forest — U —
9. Older — M —
10. Playground meanie — L —

Twirling stick — T —
"Tonight Show" host — S —
Goofy — T —
Hair divisions — T —
Nardy's companion — L —
Alternate route — T —
Prison rooms — I —
Catchy song — I —
Plants and animals — N —
Cumbersome — K —

## SCRAMBLERS

Obvious: TROVE
Dominion: LAMER
Ruined: FILED
Crucial: GRUENT

"Wait, don't _____ those!"
TODAY'S WORD:

## Crossword

**ACROSS**
1 Felines
5 Discoverer's call
8 Brewer's kiln
12 Owl call
13 Massage
14 Leg joint
16 Not-so-noble protagonist
17 Rat- —
18 Green sauce
19 Realm
21 Penny
24 Help
25 Persian leader
28 Knitter's need
30 Assoc.
33 Bit of wit
34 Rehab process
35 — chi
36 Even so
37 Slanted type (Abbr.)
38 Darned
39 Hollywood's Lupino
41 Take five
44 Burning
46 Leslie of "Gigi"
50 Songs for one
51 Daughter of Oedipus
54 Mon. follower
55 Half of XIV
56 Send forth
57 Teeny
58 Ecol. watchdog
59 Pixels

**DOWN**
1 Bloke
2 First-rate
3 Youngsters
4 Do needlework
5 Raw mineral
6 "Ben- — "
7 Slender woodwind
8 Giraffe's kin
9 Poison remedy
10 Char
11 Head, to Henri
15 Weeding tool
20 Tailless cat
22 Russian refusal
23 Early Mongolian
25 Covert agent
26 Coloration
27 Cuba, Jamaica, etc.
29 Actor's quest
31 Cold and damp
32 Tonic's mixer
34 Actress
38 Put on, as a play
40 Dagwood's dog
42 High school subj.
43 Wine region
44 Boxing match
45 Roof overhang
47 Former Dallas QB Tony
48 Taking action
49 Tennis barriers
52 Wee bite
53 Spanish aunt
Cameron

*Look for answers in the Classifieds.*

# CLASSIFIEDS

www.jacksboronewspapers.com/classifieds

**Place Your Classified Ad Today**

**940-567-2616**

• Up to 15 words: $10 • 50¢ per word over 15 • Minimum charge: $10

Every housing advertisement published in the Jacksboro Herald-Gazette is subject to all provisions of the Federal Fair Housing Act.

**BUY • SELL** Classified Line Ad Deadline is **9 a.m. Monday** for **Jacksboro Herald-Gazette** **TRADE • RENT**

## 510 HELP WANTED

Cemco, Inc is now hiring:
**FINAL ASSEMBLY**
**WELDERS**
**PAINT/SAND BLAST**
**Competitive pay rates, plus benefits.**
CEMCO
APPLY AT
782 Hwy. 251 S • Olney, TX 76374
940-564-5855
23407

MTC - JOHN R. LINDSEY STATE JAIL
**IS NOW HIRING:**
Correctional Officers
Assistant Foodservice Manager
Assistant Maintenance
Supervisor – Lock Tech
Testing Clerk
Recruiting Sergeant
Chaplain
Education Counselor
MTC BIONIC
A Culture of Caring
• Beginning June 9, starting pay is $18/hour for Correctional Officers, with incremental pay increases.
• 4 weeks of paid training. 6am-6pm Mon. – Fri. (instant overtime).
• In addition to a comprehensive benefits package, MTC offers tuition reimbursement for college courses.
**Please check the web site for job qualifications.**
Must have HS Diploma or equivalent, be able to pass a drug screen, have a clean background, and valid driver's license to be considered for a Correctional Officer. Apply online at **www.mtctrains.com** or call the HR dept. at **940-567-2272.**
*Management & Training Corporation is an Equal Opportunity Employer: Minority/Female/Disability/Veteran*
19529

FOURSTARS
NOW
HIRING
AUTOMOTIVE SALES REPRESENTATIVE
Ford
Go Further
APPLY TODAY
"We take great care of our employees."
- Floyd Goatcher, General Manager
fourstarsford.com
(940) 567-5562
205 West Belknap, Jacksboro, TX 76458
23384

## 600 AUCTIONS

Montgomery
TRACTOR & AUCTION

**Consignment Auction Thursday, Sept. 1 at 9:30 a.m.**
Live Online Bidding By
LEVEL
bid.uselevel.com
• *Lowest Commission Around*
• *We'll Haul Your Equipment*
• *We Now Do On-Site Auctions*
Let **US** Conduct Your Farm Auction.
All Our Auctions Are Broadcast Live On The Internet At **NO CHARGE** To **YOU**.

19842 US Hwy 277 E • Seymour, Texas
940-888-3437 • www.montgomerytractor.com
Mark Montgomery - TX 10053
23448 13

### King Crossword

*Answers*

**Solution time: 25 mins.**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | A | R | S | | F | O | P | | S | P | O | T |
| E | R | A | T | | O | N | O | | H | E | R | R |
| A | L | M | A | | R | E | O | | I | D | E | A |
| T | O | P | D | O | G | | L | O | N | E | L | Y |
| | | | I | K | E | | | C | T | S | | |
| T | A | T | A | | T | E | E | T | O | T | A | L |
| U | M | A | | | I | N | N | | | A | L | A |
| T | A | L | E | N | T | E | D | | A | L | E | X |
| | | I | D | O | | | E | E | L | | | |
| I | N | S | I | S | T | | A | R | D | E | N | T |
| W | O | M | B | | R | E | V | | O | R | E | O |
| O | R | A | L | | I | M | O | | U | S | S | R |
| N | I | N | E | | O | U | R | | S | E | T | A |

## 700 FOR RENT - APARTMENTS

Bent Tree
Apartments
Energy Efficient • Central Heat & Air • Off-Street Parking
Gas and Water Paid • Full-Equipped Laundry
**ONE & TWO BEDROOMS**
Rent based on Income for Qualified Applicants
323 N. 9th Street – Jacksboro, TX 76458
**940-567-5316 – TDD 800-760-1997**
*This institution is an equal opportunity provider and employer.*
9203

Mesquite Trails
Apartments
RENTAL ASSISTANCE AVAILABLE
**1, 2 or 3 Bedrooms • Rent Based on Income**
**Laundry Room • Playground**
**Maintenance On-Site**
119 S. 5th St. • Jacksboro, TX 76458
940-567-3304 • 940-683-2450
*This institution is an equal opportunity provider/employer.*
11234

## 800 PUBLIC/LEGAL NOTICES

**INVITATION TO BID**
Bids will be received in the County Auditor's Office of Jack County, Texas until 9:00 a.m., Monday, September 12, 2022, for the purchase of various goods and services for Jack County.
The types of goods and services to be purchased are:
Crushed Rock and Road Building Materials for use by the County Commissioners' Departments for the County Fiscal Year 2022-2023 (October 1, 2022, to September 30, 2023);
Bidders should use unit pricing in submitting their bids. Invoices delivered for payment will generally be paid by the second Monday of the month following receipt. No bond shall be required of the bidder.
The bids will be opened on Monday, September 12, 2022, at 9:05 a.m., by the County Auditor in the County Courtroom on the second floor of the Courthouse in Jacksboro, Texas and awarded in the Commissioners Court's business of the same day and location at 10 a.m.
Detailed specifications may be obtained by contacting:
Lisa Perry
Auditor - Jack County
100 N. Main St. Ste 202
Jacksboro, Texas 76458
Voice: (940) 567-2663
Fax: (940) 567-5978
Bids should be submitted in a sealed envelope with the proper title on the outside of the bid envelope. Bidders must also comply with the requirements of Section 2252.908, Texas Government Code before submitting their bids, and offer proof of the same in their bid to be considered.
Bidders are encouraged to be present at the bid opening to defend and answer questions about their bid.
Jack County reserves the right to accept and/or reject any or all bids.
Under Section 271.905, Texas Local Government Code; the Commissioner's court reserves the right to award a contract to a qualified local bidder within three percent of the lowest bid.
All bids must be accompanied by a completed Bid Form that may be obtained through the office of the County Auditor.
Lisa Perry
Auditor - Jack County

**LEGAL NOTICE**
By order of the Commissioners' Court of Jack County, Texas, the County Auditor will receive sealed bids **until 9:00 A.M., Monday, September 12, 2022,** for competitive bids on Gasoline and Diesel Fuel to be used by Jack County until September 30, 2023. Funds for payment have been provided through the Jack County budget approved by the Commissioners' Court for the fiscal year. Bidders must use lump sum pricing. Complete bid specifications and bid forms are available at the Jack County Auditor's Office or on Jack County's website: www.jackcounty.org. Sealed bids must be addressed to Jack County Auditor's Office, 100 N. Main St., Ste. 202; Jacksboro, Texas 76458. No electronic bids will be accepted. Sealed bids must be in the office of the County Auditor on or before 9:00 a.m. on Monday, September 12, 2022, in an envelope marked "Bid No. FY22/23 - Bulk Fuel". Bids will be opened in the Jack County Commissioners Courtroom located at 100 N. Main St., Ste. 207; Jacksboro, Texas, 76458, on Monday, September 12, 2022 at 9:05 a.m. and acted on in the course of business by the Court on that day beginning at 10:00 a.m. Jack County reserves the right to reject any or all bids.
Section 2252.908, Government Code requires contracts that are approved by Commissioner's Court to have a notarized ethics statement submitted to the County. Here is the link to the website with the video explaining how to do this: https://www.ethics.state.tx.us/whatsnew/elf_info_form1295.htm.
Please submit your completed and notarized form with your bid packet.
By: /s/ Brian Keith Umphress
Jack County Judge

**NOTICE OF PROPOSED PUBLIC AUCTION OF CERTAIN OIL AND GAS ASSETS**
Deborah D. Williamson, the Court-appointed Receiver in TXND Case No. 4-21cv-1310-O-BP, has received court approval for an auction of certain oil and gas assets owned by the receivership estates
**AS IS – WHERE IS** through EnergyNet.com, LLC ("EnergyNet").
Jack and Young Counties – EnergyNet Lot # 95866
Palo Pinto County – EnergyNet Lot # 96641
Palo Pinto and Stephens Counties – EnergyNet Lot # 96657
Potential purchasers can review the above-referenced lots at https://www.energynet.com/page/heartlandreceivership.
Inquiries to EnergyNet can be directed to 1-877-351-4488 or energy@energynet.com.

The Jacksboro Independent School District will accept sealed proposals for Kitchen Equipment at the Jacksboro ISD Administration Office, 750 W Belknap St, Jacksboro, TX 76458. Submittals will be accepted until Tuesday, Sept. 6, 2022 at 11:00 a.m. Bid documents can be obtained by calling (940) 567-7203 ext. 277 or on the Jacksboro ISD website, www.jacksboroisd.net. The district reserves the right to reject any and all bids.

### Even Exchange

answers

1. Chill, Child
2. Barber, Berber
3. Elder, Elmer
4. Minor, Minot
5. Cuddle, Curdle
6. Score, Scone
7. Insect, Inset
8. Naval, Navel
9. Margin, Marvin
10. Flame, Frame

**Errors & Adjustments:** Customers who place advertisements in the Jacksboro Herald-Gazette should check them for accuracy the first time it appears in the newspaper. Any errors or omissions must be reported to Jacksboro Herald-Gazette at (940) 567-2616 within 24 hours after the ad's first publication. The newspaper office must limit its financial responsibilities, if any, to the charge for space and cannot be responsible for incorrect ads after the first day of publication.

### SCRAMBLERS

*solution*

1. Ingest 2. Sincere
3. Install; 4. Closure

*Today's Word*

**GLASSES**

## PUBLIC/LEGAL NOTICES

**LEGAL NOTICE**

By order of the Commissioners' Court of Jack County, Texas, the County Auditor will receive sealed bids until **9:00 A.M., Monday, September 12, 2022**, for competitive bids on Gasoline and Diesel Fuel to be used by Jack County until September 30, 2023. Funds for payment have been provided through the Jack County budget approved by the Commissioners' Court for the fiscal year. Bidders must use lump sum pricing. Complete bid specifications and bid forms are available at the Jack County Auditor's Office or on Jack County's website: www.jackcounty. org. Sealed bids must be addressed to Jack County Auditor's Office, 100 N. Main St., Ste. 202; Jacksboro, Texas 76458. No electronic bids will be accepted. Sealed bids must be in the office of the County Auditor on or before 9:00 a.m. on Monday, September 12, 2022, in an envelope marked "Bid No. FY22/23 - Bulk Fuel". Bids will be opened in the Jack County Commissioners Courtroom located at 100 N. Main St., Ste. 207; Jacksboro, Texas, 76458, on Monday, September 12, 2022 at 9:05 a.m. and acted on in the course of business by the Court on that day beginning at 10:00 a.m. Jack County reserves the right to reject any or all bids.

Section 2252.908, Government Code requires contracts that are approved by Commissioner's Court to have a notarized ethics statement submitted to the County. Here is the link to the website with the video explaining how to do this: https://www.ethics.state.tx.us/whatsnew/elf_info_form1295.htm.

Please submit your completed and notarized form with your bid packet.

By: /s/ Brian Keith Umphress

Jack County Judge

**NOTICE OF PROPOSED PUBLIC AUCTION OF CERTAIN OIL AND GAS ASSETS**

Deborah D. Williamson, the Court-appointed Receiver in TXND Case No. 4-21cv-1310-0-BP, has received court approval for an auction of certain oil and gas assets owned by the receivership estates

**AS IS – WHERE IS** through EnergyNet.com, LLC ("EnergyNet").

Jack and Young Counties – EnergyNet Lot # 95866

Palo Pinto County – EnergyNet Lot # 96641

Palo Pinto and Stephens Counties – EnergyNet Lot # 96657

Potential purchasers can review the above-referenced lots at https://www.energynet.com/page/heartlandreceivership.

Inquiries to EnergyNet can be directed to 1-877-351-4488 or energy@energynet.com.

Public Notice

Notice is hereby given that Brock Smith, District Judge for the 271st Judicial District Court, will conduct a public hearing at 1:00 pm on Friday, September 16, 2022, at 100 N Main St, District Courtroom, Jacksboro, Texas, to set the annual compensation for the Jack County Auditor and Assistants.

**PUBLIC NOTICE**

The Jack County Commissioners' Court will conduct a public hearing to consider a plan for the County Clerk's Preservation and Restoration Plan, to fund, Govt. Code Section 118.025, for the preservation and restoration of the County Clerk's records. The meeting will be held on September 26, 2022 at 9:00 a.m. in the County Courtroom, Room 207 of the Jack County Courthouse, 100 N. Main St., Jacksboro, Texas.

By: /s/ Brian Keith Umphress

County Judge of Jack County, Texas

The Jacksboro Independent School District will accept sealed proposals for Kitchen Equipment at the Jacksboro ISD Administration Office, 750 W Belknap St, Jacksboro, TX 76458. Submittals will be accepted until Tuesday, Sept 6, 2022 at 11:00 a.m. Bid documents can be obtained by calling (940) 567-7203 ext. 277 or on the Jacksboro ISD website, www.jacksboroisd.net. The district reserves the right to reject any and all bids.

**TEXAS STATEWIDE CLASSIFIED ADVERTISING NETWORK**

**TexSCAN** Week of
Aug. 28-Sept. 3, 2022

**ACREAGE**

**Own your piece** of Texas TODAY! Prices starting at $650/acre. Trans Pecos region. Also the Hill Country (Edwards, Menard, Coke, Val Verde Counties - free ranging exotics), South Texas (David County - whitetail hogs). Large acreage or small. 30 year fixed rate owner financing, only 5% down. Call toll free or email for individual prices and terms. www.ranchenterprisesltd.com, 800-876-9720.

**ADOPTION**

**California couple promises** baby warm, loving home. Secure future, educational opportunities. Generous living expenses paid, relocation possible. Rob and Katrina, 714-729-3018 or attorney 310-663-3467.

**REAL ESTATE**

**6 acres w/9** rentals; 2 acres potential for RV park/ storage, etc.; southeast of San Antonio (87/1604), 15 minutes from downtown San Antonio. $1,400,000 Bennie, 210-381-1214.

**GENERATORS**

**Prepare for power** outages today with a GENERAC home standby generator. $0 Money Down + Low Monthly Payment Options. Request a FREE Quote. Call now before the next power outage: 1-855-704-8579.

**MEDICAL**

**Portable Oxygen Concentrator** May Be Covered by Medicare! Reclaim independence and mobility with the compact design and long-lasting battery of Inogen One. Free information kit! Call 844-747-9983.

**DENTAL INSURANCE** from Physicians Mutual Insurance Company. Coverage for 350 plus procedures. Real dental insurance - NOT just a discount plan. Do not wait! Call now! Get your FREE Dental Information Kit with all the details! 1-855-901-0467 www.dental50plus.com/txpress #6258

**MERCHANDISE**

**Rada Cutlery** - Fundraise, Shop or Sell. Outstanding kitchenware, exceptional value. 800-311-9691 RadaCutlery.com.

**WANTED**

**FREON WANTED: Certified** buyer looking to buy R11, R12, and R500 and more. Call Joe at 312-625-5322.

**Need Extra Cash** – I Buy RVs & Mobile Homes – Travel Trailers, 5th Wheels, Goosenecks, Bumper Pulls. In Any Area, Any Condition – Old/New, Dirty or Clean! I PAY CASH. No Title – No Problem, we can apply for one. We go anywhere in Texas. ANR Enterprises, 956-466-7001.

Texas Press Statewide Classified Network
221 Participating Texas Newspapers • Regional Ads
Start At $250 • Email ads@texaspress.com

NOTICE: While most advertisers are reputable, we **cannot guarantee products or services advertised.** We urge readers to use caution and when in doubt, contact the Texas Attorney General at 800-621-0508 or the Federal Trade Commission at 877-FTC-HELP. The FTC web site is www.ftc.gov/bizop.

**NEED A JOB? NEED EMPLOYEES?**

The Classifieds bring together job seekers and potential employers every day.

*Jacksboro HERALD-GAZETTE* **CLASSIFIEDS**

Featuring new listings every Wednesday!

**940-567-2616**

**To Place Your Ad:**
940-567-2616
classifieds@grahamleader.com
Run Your Show & Sell Ad*
for as Little as **$14.95!**

**Show & Sell**

*Show & Sell pricing not available for real property ads (homes, mobile homes, etc.)

**To Subscribe:**
940-567-2616
circulation@grahamleader.com
Get Free Unlimited Online Access With Your Home Delivery Subscription!

**Browse & Buy**

The Jacksboro Herald-Gazette Classifieds make it easy to connect with local buyers and sellers - in print and online!

*Jacksboro Herald-Gazette* **CLASSIFIEDS**
WWW.JACKSBORONEWSPAPERS.COM • 940.567.2616

# ENTERTAINMENT
Midweek Edition

**OUT ON A LIMB** by Gary Kopervas



**AMBER WAVES** by Dave T. Phipps






**THE SPATS** by Jeff Pickering





**R.F.D.** by Mike Marland




## Even Exchange by Donna Pettman

Each numbered row contains two clues and two 6-letter answers. The two answers differ from each other by only one letter, which has already been inserted. For example, if you exchange the A from MASTER for an I, you get MISTER. Do not change the order of the letters.



1. AM/FM mechanism _ _ _ _ _ _   Proportion _ _ _ _ T _ _ _
2. Starry-eyed _ _ _ _ _ _ M   Like a cloudy day _ _ _ _ _ _ R
3. Beauty shop _ _ _ _ _ _ S   Eagle's claw _ _ _ _ _ _ T
4. Liquid from a tap _ _ _ _ T _ _   Thin cookie _ _ _ _ _ F _
5. Lose one's thought _ _ _ _ _ _ S   Failed a signature _ _ _ _ _ _ L
6. Oak seed A _ _ _ _ _   Contempt S _ _ _ _ _
7. Maneuver a canoe _ A _ _ _ _   Small pool of liquid _ U _ _ _ _
8. Spring holiday E _ _ _ _ _   Chess pro M _ _ _ _ _
9. Express gratefulness _ _ _ _ _ _   Use one's brains _ _ _ _ _ _
10. Rascal _ _ _ _ _ _   Letter sticker _ _ _ _ _ _

## SCRAMBLERS

Unscramble the letters within each rectangle to form four ordinary words. Then rearrange the boxed letters to form the mystery word, which will complete the gag!

Guide: DEALER
Start: BINGE
Brand: ROTHS
Shares: GAMITS

**TODAY'S WORD**



"Let's focus more on yourself, and less on ___"

## Crossword

**ACROSS**
1 Beach accessory
6 Altar promise
9 Wd. modifier
12 Blazing
13 At once
14 Singer Rawls
15 Lightweight wood
16 Old Pontiac
18 More tightly packed
20 "Star Wars" royal
21 Photo, for short
23 "Fresh Air" airer
24 Party beverage
25 Unforeseen problem
27 Say
25 Elk's horn
31 Wheel cover
33 Playful sea critter
37 Only
38 Barber's tools
41 Aug. and Sept.
43 Knock
44 Region
45 Halloween sprite
47 Young shopping center regular
49 Milk dispenser
52 Paris summer
53 Flamenco cheer
54 Cat calls?
55 Shelter
56 Slugger Williams
57 Actress Debra

6 Loose news-paper ad
7 Gloomy
8 Have
9 Sci-fi visitor
10 Column style
11 A son of Jacob
17 Book jacket
25 Sudden gush
21 Unpaid TV ad
42 Hostel
44 Little, in Lille
26 Worldwide
28 Pulsate
30 UFO crew

32 Deep-fried frank
34 Pie — mode
36 Zing
38 Acted badly?
38 Caravan beast
39 Emulate Lincoln
40 Donnybrook
42 Batter's dry spell
45 Big wind
46 Notion
48 Decay
50 Ram's ma'am
51 Trio after Q

**DOWN**
1 Bar bill
2 One — kind
3 Villanova athlete
4 Gaelic
5 "Blue" singer Rimes

*Look for answers in the Classifieds.*



*Jacksboro Herald-Gazette* **CLASSIFIEDS**
WWW.JACKSBORONEWSPAPERS.COM • 940.567.2616

# CLASSIFIEDS

www.jacksboronewspapers.com/classifieds

**Place Your Classified Ad Today**
# 940-567-2616

• Up to 15 words: $10   • 50¢ per word over 15   • Minimum charge: $10

*Every housing advertisement published in the Jacksboro Herald-Gazette is subject to all provisions of the Federal Fair Housing Act.*

**BUY • SELL**   Classified Line Ad Deadline is **9 a.m. Monday** for **Jacksboro Herald-Gazette**   **TRADE • RENT**

---

## 510  HELP WANTED

### JACKSBORO DAIRY QUEEN
## NOW HIRING
## TEAM MEMBERS
*Paying up to $12/hour*

**What We Offer:**
Competitive Pay
Paid Holidays and Vacation
Incentive Pay Potential and
Career Advancement

*Positions for Management and Team Members available in other locations.*

**Apply online: richesondq.com**

---

### JACKSBORO DAIRY QUEEN
## NOW HIRING
## General Manager

*Paying up to $48K per year, plus monthly bonus incentives.*
*–No late night or early morning shifts–*

**What We Offer:**
Competitive Pay
Paid Holidays and Vacation
Incentive Pay Potential and
Career Advancement

*Positions for Management and Team Members available in other locations.*

**Apply online: richesondq.com**

---

**IT PAYS TO ADVERTISE • 940-567-2616**

---



## NOW HIRING!

Faith Community Hospital

### OPEN POSITIONS:
## Housekeeper
## Food Service Worker

For more info, contact Debbie White at dwhite@fchtexas.com or 940-216-2341
To apply directly, visit fchtexas.com/careers



Faith Community Health System

*Where professional care meets local convenience.*
www.fchtexas.com

---

## Errors & Adjustments

Customers who place advertisements in the Jacksboro Herald-Gazette should check them for accuracy the first time it appears in the newspaper. Any errors or omissions must be reported to Jacksboro Herald-Gazette at (940) 567-2616 within 24 hours after the ad's first publication. The newspaper office must limit its financial responsibilities, if any, to the charge for space and cannot be responsible for incorrect ads after the first day of publication.

---

### MTC · JOHN R. LINDSEY STATE JAIL
## IS NOW HIRING:

**Correctional Officers**
**Assistant Foodservice Manager**
**Assistant Maintenance**
**Supervisor – Lock Tech**
**Testing Clerk**
**Recruiting Sergeant**
**Chaplain**
**Education Counselor**



MTC BIONIC
*A Culture of Caring*

• Beginning June 9, starting pay is $18/hour for Correctional Officers, with incremental pay increases.
• 4 weeks of paid training, 6am-6pm Mon. – Fri. (instant overtime).
• In addition to a comprehensive benefits package, MTC offers tuition reimbursement for college courses.

**Please check the web site for job qualifications.**

Must have HS Diploma or equivalent, be able to pass a drug screen, have a clean background, and valid driver's license to be considered for a Correctional Officer. Apply online at **www.mtctrains.com** or call the HR dept. at **940-567-2272.**

*Management & Training Corporation is an Equal Opportunity Employer:*
*Minority/Female/Disability/Veteran*

---

## CRISP
INDUSTRIES, inc.

## NOW HIRING

**Portable Field Welders**
**Utility Field Crews**
*Must be willing to travel.*

**FULL-TIME POSITIONS**
**PAYING TOP INDUSTRY WAGES**

*Offering a competitive benefits package, including medical/dental and 401(k).*

**Apply at Crisp Industries**
**323 Energy Way, Bridgeport, TX 76426**
*(Located behind McDonald's & The Community Bank)*
940.683.7046 • office@crispindustries.com
**EQUAL EMPLOYMENT OPPORTUNITY**

---



## FOURSTARS

## NOW HIRING

**AUTOMOTIVE SALES REPRESENTATIVE**

**Ford**
Go Further

## APPLY TODAY

*"We take great care of our employees."*

**- Floyd Goatcher, General Manager**

**fourstarsford.com**
(940) 567-5562
205 West Belknap, Jacksboro, TX 76458

---



NEED A
**JOB?**

NEED
**EMPLOYEES?**

The Classifieds bring together job seekers and potential employers every day.

*Jacksboro*
**HERALD-GAZETTE**
**CLASSIFIEDS**

Featuring new listings every Wednesday!

**940-567-2616**

---

### Even Exchange
answers

1. Rentse, Revive      6. Lather, Father
2. Piony, Pinky        7. Biceps, Bodega
3. Abatu, Aucot        8. Honor, Hunor
4. Warden, Garden      9. Canvan, Canvas
5. Steam, Stew        10. Summit, Summat

### SCRAMBLERS
solution
1. Believe  2. Edit
3. Swindle  4. Tender
**Today's Word**
**INVITED**

--- King Crossword ---
*Answers*
Solution time: 21 mins.

---

## 700  FOR RENT - APARTMENTS

## Bent Tree
Apartments

Energy Efficient • Central Heat & Air • Off-Street Parking
Gas and Water Paid • Full-Equipped Laundry
**ONE & TWO BEDROOMS**
Rent based on Income for Qualified Applicants

323 N. 9th Street – Jacksboro, TX 76458
**940-567-5316 – TDD 800-760-1997**
*This institution is an equal opportunity provider and employer.*

---

## Mesquite Trails
Apartments

**RENTAL ASSISTANCE AVAILABLE**

**1, 2 or 3 Bedrooms • Rent Based on Income**
**Laundry Room • Playground**
**Maintenance On-Site**

119 S. 5th St. • Jacksboro, TX 76458
**940-567-3304 • 940-683-2450**
*This institution is an equal opportunity provider/employer.*

---

## 800  PUBLIC/LEGAL NOTICES

**NOTICE OF PROPOSED PUBLIC AUCTION OF CERTAIN OIL AND GAS ASSETS**

Deborah D. Williamson, the Court-appointed Receiver in TXND Case No. 4-21cv-1310-O-BP, has received court approval for an auction of certain oil and gas assets owned by the receivership estates

AS IS – WHERE IS through EnergyNet.com, LLC ("EnergyNet"). Jack and Young Counties

– EnergyNet Lot # 95866 Palo Pinto County – EnergyNet Lot # 96641 Palo Pinto and Stephens Counties – EnergyNet Lot # 96657

Potential purchasers can review the above-referenced lots at https://www.energynet.com/page/heartlandreceivership. Inquiries to EnergyNet can be directed to 1-877-351-4488 or energy@energynet.com.

---

**FIND US ONLINE • JACKSBORONEWSPAPERS.COM**