IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 4:21-cv-01310-O-BP |
| THE HEARTLAND GROUP VENTURES, LLC, *et al.*, | | |
| Defendants. | | |

## ORDER ACCEPTING AMENDED FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Amended Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Amended Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Amended Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the Court **GRANTS** the Receiver's "Motion to Confirm Receiver Has No Right, Obligation, or Interest to Operate the Palo Pinto Pipeline, or, In the Alternative, to Abandon Any Interest in the Palo Pinto Pipeline" (ECF No. 288) and the Receiver's Motion and Authority to Abandon Interests in Oil and Gas Properties with Brief/Memorandum in Support (ECF No. 296).

**SO ORDERED** on this **5th day** of **September, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE