**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Civil Action No. 4:21-cv-01310-O-BP** |
| **THE HEARTLAND GROUP VENTURES, LLC, *et al.*,** | § § § § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** the Stipulation Between Deborah D. Williamson, Receiver and Railroad Commission of Texas (ECF No. 458) is **APPROVED**. The Stipulation Order will be **ENTERED** hereafter by separate order.

**SO ORDERED** this **3rd** day of **May, 2024**.


_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**