IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,  §§§§ | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-01310-O-BP |
| § | |
| THE HEARTLAND GROUP VENTURES, LLC, *et al.*, §§§§ | |
| Defendants. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that are the Receiver's Omnibus Objection to Claim Submissions Pursuant to Court-Approved Claims Procedure (ECF No. 500) is **SUSTAINED** in part. A more detailed order will be separately **ENTERED** hereafter.

**SO ORDERED** this **1st** day of **July, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE